*Drane, for appellant.*

---

S. WATSON, TRUSTEE, &c. *v.* W. F. MORTON, &c.

**Assignment for Benefit of Creditors.**
　　Attachment lien prior to assignment, not perfected as provided by Statute.

APPEAL FROM GRAVES CIRCUIT COURT.

August 18, 1870.

OPINION OF THE COURT BY JUDGE PETERS:

The facts of this case can bring it within the principles decided by this court in the case of Johnson v. Parker, &c., 4 Bush, 149. The two cases are analogous, and after a review and re-consideration of the question involved, the court is entirely satisfied with the conclusion which was reached in the case *supra*, and that is decisive of this case.

The appellant, who was the trustee and holder of the legal

title of his own motion, was a party to the suits, and the prayer in the petition for general relief was broad enough to authorize the relief sought.

Wherefore, the judgment is affirmed.

*Bush, for appellants.*
*W. F. Morton, for appellees.*